NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7009

### RASHID EL MALIK,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 08-1981, Judge Bruce E. Kasold.

ON MOTION

Before PROST, Circuit Judge.

### ORDER

Upon consideration of Rashid El Malik motion for reconsideration of this court's January 15, 2009 order denying his motion to treat his appeal as a petition for writ of mandamus,

IT IS ORDERED THAT:

(1) The motion is denied.

(2) Malik's brief is due within 21 days of the date of filing of this court's order.

(3) The revised official caption is reflected above.

FOR THE COURT

MAR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 13 2009

JAN HORBALY
CLERK

cc: Rashid El Malik (informal brief form enclosed)
Douglas G. Edelschick, Esq.

s19